IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-03395-WYD-MJW

GOSAYE GIZACHEW,

Plaintiff,

v.

DENVER POLICE DEPARTMENT,
ROBERT C. WHITE, *Police Chief*,
PATRICK RICHARDS, III, *Denver Police Officer*,
V. WILEY, *Denver Police Officer*, and
RICHARD LABER, *Sargent, Denver Police Department*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

In light of the Notice of Settlement In Principle and Joint Motion to Vacate Upcoming Scheduling Conference (Docket No. 15), it is hereby ORDERED that the joint motion is GRANTED.  It is further ORDERED:

- The Parties shall file dismissal papers on or before March 31, 2015;

- The Scheduling Conference set for February 19, 2015, at 2:00 p.m. is VACATED; and

- Defendants' Motion to Stay Discovery (Docket No. 12) is DENIED AS MOOT.

Date: February 12, 2015